FRANK ROSENTHAL, Respondent, *v.* THE MAGAZINE REPEATING RAZOR COMPANY et al., Appellants, Impleaded with Others.

(Argued October 10, 1933; decided October 24, 1933.)

*Joseph M. Proskauer, Joseph Larocque* and *J. Alvin Van Bergh* for appellants.

*Eugene L. Bondy* and *Stephen Brooks-Rosenthal* for respondent.

 no opinion.

Concur: POUND, Ch. J., LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: CRANE, J.